LUIS DI FABRIZZIO et al., Respondents, v. EDWARD D. CLARITY, Appellant.— Action to recover damages for the unauthorized use by defendant, a photog-

rapher, of pictures of plaintiffs' daughter for trade purposes. Order denying defendant's motion to dismiss the complaint on the ground it does not state facts sufficient to constitute a cause of action, affirmed, with $10 costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. (*Holmes* v. *Underwood & Underwood, Inc.*, 225 App. Div. 360.) Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ., concur. [See *post*, p. 775.]